**STATE of Missouri, Respondent,**

v.

**Richard A. KIRTLEY, Appellant.**

**No. WD 40037.**

Missouri Court of Appeals,
Western District.

June 21, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of assault in the first degree, § 565.050 RSMo 1978, and sentence of ten years' imprisonment.

Affirmed. Rule 30.25(b).